This document was signed electronically on September 25, 2009, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: September 25, 2009



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Kelsey N Whitlow | ) Chapter 13 Case No. 07-12874-M |
| | XXX-XX-4947 | ) |
| | | ) Hon. Pat E. Morgenstern-Clarren |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for hearing on September 22, 2009 upon the Trustee's Motion to Dismiss Case for Failure to Fund ("Trustee's Motion"), and upon the Objection thereto filed by the debtor. The Objection to Trustee's Motion filed by the debtor was withdrawn.

The Trustee's Motion is granted, and the case is hereby dismissed for the following reason(s):

X    The Debtor is in material default in funding the Plan. The Debtor received notice that failure to make required plan payments could result in dismissal without further notice or hearing through the "Additional Notices for Chapter 13 Cases in Cleveland, Ohio" attached to the court-issued "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines."

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Alan I Silver, Attorney for Debtor (served via ECF)

Kelsey N Whitlow, Debtor
9701 Nelson Ave.
Cleveland OH 44105

Avi Food Systems, Employer
Attn:  Payroll, 2590 Elm Road
Warren OH 444832904


CS/bas
09/25/09